1  Kennith L. Peterson (CBN 109116)
   LAW OFFICES OF KENNITH L. PETERSON
2  949 E. Yorba Linda Boulevard
   Placentia, California 92870
3  Telephone:  (714) 572-1080
   Facsimile:   (714) 572-1671
4  e-mail:       kennithpeterson@klplaw.com

5  Attorneys for Creditors, DEAN and CHRISTINE RICHINS
   c/o KENNITH L. PETERSON
6

7

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11
   In Re:                              )  BANKRUPTCY NO.  6:09-bk-36661-SB
12                                     )
                                       )
13     WILLIAM HENRY MAURER            )  OBJECTION TO CONFIRMATION OF
                                       )  CHAPTER 13 PLAN
14                                     )
                                       )  § 341 (a) Mtg. Date: December 8, 2009
15                                     )  § 341 (a) Mtg. Time: 8:00 a.m.
                                       )
16                                     )
                                       )
17                                     )
                                       )
18  _____)

19      TO THE DEBTOR, THE DEBTOR'S ATTORNEY AND THE CHAPTER 13

20  TRUSTEE:

21      Rod (SB) Daniels, Chapter 13 Trustee,

22      DEAN and CHRISTINE RICHINS, c/o Kennith L. Peterson, 949 E. Yorba Linda

23  Blvd., Placentia, CA 92870, a creditor in this case, hereby objects to the Confirmation of

24  Chapter 13 Plan. The basis for the objection is stated below.

25      1.     The Chapter 13 Plan is not proposed in good faith because the base plan only

26  provides for Forty-Five Thousand Two Hundred Forty Dollars and Zero Cents

27  ($45,240.00) while estimated assets are One Hundred Thousand Dollars and Zero Cents

28  ($100,000.00) to Five Hundred Thousand Dollars and Zero Cents ($500,000.00.) The



FILED

NOV 30 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

---
1

Re:   **WILLIAM HENRY MAURER**
Bankruptcy Number:      6:09-bk-36661
Our File Number:         2629

## SERVICE LIST

Gerald Wolfe, Esq.                          Attorneys   for   Debtor,   WILLIAM
Law Offices of Gerald Wolfe                 HENRY MAURER
6B Liberty, Suite 210
Aliso Viejo, CA 92656
Phone: 949-257-0961
Fax:    949-6088930
Email: Gerald@gwesq.com

Rod (SB) Danielson                          Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
Phone: 951-826-8000

William Henry Maurer                        Debtor
21724 Protea Court
Wildomar, CA 92591