GERALD WOLFE (SBN 180599)
THE LAW OFFICE OF GERALD WOLFE
6B LIBERTY, SUITE 210
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

ATTORNEY FOR DEBTOR
WILLIAM HENRY MAURER

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

|  |  |
|---|---|
| IN RE:<br><br>WILLIAM HENRY MAURER<br><br>       Debtors, | ) CASE NO. 6:09-bk-36661-SB<br>)<br>) CHAPTER: 13<br>) JUDGE: SAMUEL BUFFORD<br>)<br>) NOTICE OF MOTION AND DEBTORS'<br>) MOTION TO AVOID LIEN OF SECOND<br>) DEED OF TRUST HOLDER, PENNYMAC<br>) LOAN SERVICES, LLC UNDER 11 U.S.C. §<br>) 506(a); MEMORANDUM OF POINTS AND<br>) AUTHORITIES, DECLARATIONS IN<br>) SUPPORT THEREOF<br>)<br>)<br>) DATE:  December 22, 2009<br>) TIME:  3:00 PM<br>) COURTROOM: 301<br>) |

**TO: THE HONORABLE SAMUEL BUFFORD, UNITED STATES BANKRUPTCY COURT, CHAPTER 13 TRUSTEE, PENNYMAC LOAN SERVICES, LLC, and all other interested parties:**

**NOTICE IS HEREBY GIVEN** that on December 22, 2009 at 3:00 P.M. in Courtroom  301, of the United States Bankruptcy Court located at 3420 12th St. Riverside, CA 92501-3819, debtor William Henry Maurer will move this court for an order avoiding the lien of the second deed of trust holder, PennyMac Loan Services, LLC ("PennyMac") from debtor's real property located at

1  21724 Protea Ct, Wildomar, CA 92595-7699 under 11 U.S.C. §506(a) on the basis that said lien

2  is wholly unsecured.

3      This motion is based upon this notice, the attached memorandum of points and

4  authorities, and Declaration of Debtor William Henry Maurer, and the Declaration of Gerald

5  Wolfe as well as the records and files in this action, and such other evidence as may be presented

6  at the hearing on this matter.

7      *Pursuant to Local Bankruptcy Rule 9013-1(7) any opposition to this Motion must be*

8  *filed and served on debtors and debtors' counsel no less than fourteen (14) days prior to the*

9  *above hearing date. Failure to file and serve a timely response to this Motion may result in a*

10  *waiver of your right to oppose the Motion and the court may grant the requested relief without*

11  *further notice to you.*

12      The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and 1334. The

13  debtor has standing to bring this Motion.

14

15

16      DATE:  December 1, 2009

17                    _____/s/ Gerald Wolfe_____

18                    GERALD WOLFE
                      Attorney for Debtor William Henry Maurer

19

20

21

22

23

24

25

26

27

28

# I. STATEMENT OF FACTS

Debtor filed the instant bankruptcy case on November 4, 2009. Debtor is fee simple owner of his principal residence located at 21724 Protea Ct, Wildomar, CA 92595-7699. ("Property"). (See Schedule A filed in the instant case as Exhibit "1" attached hereto and incorporated by reference.)

The fair market value of the property is $238,000 based on the following:

- Automated Valuation Model by The First American Corporation Credit Information Group, First American Real Estate Solutions (See Valuation attached as Exhibit "2"; Exhibit "2" is incorporated herein by reference.)

There are two deed of trusts attached to the aforementioned property at issue. The First Deed of Trust is currently held by America's Servicing Company in the amount of approximately $381,263.78. (See Schedule D attached hereto as Exhibit "3"; Exhibit "3" is incorporated herein by reference.) The Second Deed of Trust is held by PennyMac in the approximate amount of $94,752.31. (See Schedule D attached hereto as Exhibit "3" incorporated herein by reference.)

# II. ARGUMENT

**A.   A SECURED CLAIM IS SECURED ONLY TO THE EXTENT OF THE VALUE OF THE COLLATERAL AND UNALLOWED SECURED CLAIMS ARE VOID**

11 U.S.C Section 506(a) states that:

An allowed claim of a creditor secured by a lien on property in which the Estate has an interest, or that is subject to a setoff under section 553 of this Title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff ,as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.

11 U.S.C. Section 506(d) states that:

To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void. (emphasis added)

**B.      THE DEBTOR MAY REQUEST AND THE COURT MAY ENTER AN ORDER THAT VALUES COLLATERAL WHICH IS PROPERTY OF THE BANKRUPTCY ESTATE AND WHICH SECURES A CLAIM OF A CREDITOR AGAINST THE DEBTOR.**

Bankruptcy Rule 3012 states that the court may determine the value of a claim secured by a lien on property to which the estate has an interest on motion of any party and after a noticed hearing,

**C.      THE LIEN SHOULD BE AVOIDED AND REMOVED SINCE THE PROPERTY IS WORTH $238,000, WHICH IS LESS THAN THE PRINCIPAL BALANCE OF $381,263.78 ON THE FIRST DEED OF TRUST.**

The prevailing case law in this jurisdiction holds that Chapter 13 debtors are entitled to "strip off" totally unsecured junior mortgages on a principal residence where the claims of the junior lienholders are unsecured given that the value of the principal residence is less than the balance owed on the first mortgage. See, *In re Lam*. 211 B.R.36 (9th Cir. BAP. 1997). In *Lam* the court held a Debtor's completely unsecured junior mortgage could be stripped from his principal residence:

> The *Nobleman* decision holding that section 1322(b)(2) bars a chapter 13 plan from modifying the rights of holders of claims, secured only by the debtor's principal residence, does not apply to holders of totally unsecured claims. The extension of the protections of section 1322(b) to wholly unsecured lienholders is contrary to the provisions of the bankruptcy code allowing dischargeability of unsecured claims.

*In re Lam* followed the earlier decision of *In re Geyer* 203 B.R. 726 (S.D. Cal 1996) In *Geyer* the court sustained the Debtor's motion to avoid a lien brought under Bankruptcy Code Section 506(d), and held that a chapter 13 debtor may strip off a lien on his or her primary residence when the lienholder's interest is totally unsecured.

> ... the term 'secured claim' as used in section 1322(b)(2) has the same meaning as the term 'secured claim' in section 506(a). Unless there is some equity to which the creditor's lien

attaches. there is no allowed secured claim and no entitlement to the protections against modification contained in section 1322 (b)(2). A chapter 13 debtor may 'strip-off' a lien on his or her primary residence under the plan or under section 506(d) when the lienholder's interest is totally unsecured. See, *In re Geyer*, 203 B.R. 726, 729 (S.D. Cal. 1996)

The Ninth Circuit allows this result when there is no equity to which the lien of the junior mortgage will attach. See, *In re Zimmer*, 313 F.3d 1229 (C.A.9 (Cal.) 2002). Thus if there is no equity to which a junior lien attaches, that debt becomes an unsecured claim and can be removed as a lien on the property on entry of the chapter 13 discharge.

In the instant case the Property to be retained in the Chapter 13 plan is debtor's principal residence. The value of the property is $238,000 and the principal balance of the First Deed of Trust is at least $381,263.78. Thus, the secured interest of the Second Deed of Trust is not only undersecured but wholly unsecured since there is absolutely no equity to which the Second Deed of Trust can attach. Therefore, Second Deed of Trust like that found *In re Lam* should be extinguished, treated as unsecured for purposes of the instant chapter 13 proceeding and discharged at the completion of the plan terms.

## III. CONCLUSION

1.    The second Deed of Trust held by PennyMac is wholly unsecured. Based on the foregoing, the debtor respectfully requests the following:

2.    That the Second Deed of Trust be deemed an unsecured claim during the pendency of the debtor's Chapter 13 plan, and the Chapter 13 Trustee treat such claim as an unsecured claim;

3.    That upon completion of all plan payments and entry of discharge in this case pursuant to 11 U.S.C. S. 1328, the second Deed of Trust of PennyMac, or its successors, assigns or other beneficial interest holder will be void and will not constitute an encumbrance on the Property;

4.    That upon completion of all plan payments and upon entry of discharge in this case, PennyMac, or its successors, assigns or other beneficial interest holder is ordered to immediately

1    reconvey the second Deed of Trust and otherwise take such steps as are required to clear title,

2    free of said lien, as to the Property; and

3    4.      That the lien shall remain valid only if the case is either dismissed or converted to another

4    chapter prior to the completion of the plan and entry of a chapter 13 discharge.

5

6

7      DATE: December 1, 2009

8

9                          _____/s/ Gerald Wolfe_____
                         GERALD WOLFE
                         Attorney for Debtor William Henry Maurer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF WILLIAM HENRY MAURER IN SUPPORT OF MOTION TO AVOID LIEN

I, WILLIAM HENRY MAURER, declare as follows:

1. I am the debtor in this bankruptcy case, Case No. 6:09-bk-36661-SB;

2. The statements made herein are from facts within my personal knowledge, and, if called as a witness, I could and would testify competently thereto;

3. Attached as Exhibit "1" is a true and correct copy of Schedule A for the above referenced case;

4. Attached as Exhibit "2" is an Automated Value Model conducted by FIRST AMERICAN REAL ESTATE SOLUTIONS;

5. Attached as Exhibit "3" is a true and correct copy of Schedule D for the above referenced case.

Executed this 1st day of December, 2009 at Wildomar, California

_William B. Maurer_

William Henry Maurer, debtor/declarant

**DECLARATION OF GERALD WOLFE IN SUPPORT OF MOTION TO AVOID LIEN**

I, Gerald Wolfe, declare as follows:

1. I am counsel of record for WILLIAM HENRY MAURER in this bankruptcy case, Case No. 6:09-BK-36661-SB;

2. The statements made herein are from facts within my personal knowledge, and, if called as a witness, I could and would testify competently thereto;

3. Attached as Exhibit "1" is a true and correct copy of Schedule A for the above referenced case and by this reference made a part hereof. The value of the real property located at 21724 Protea Ct, Wildomar, CA 92595-7699 (with the legal description .17 ACRES M/L IN LOT 31 MB 380/082 TR 31175, Census Tract/Block: 432.25/3 and APN 376-440-031) ("Property") is valued at $266,500 therein. An Automated Value Model conducted by FIRST AMERICAN REAL ESTATE SOLUTIONS value the Property at $238,000 on November 30, 2009 (See Exhibit "2");

4. Attached as Exhibit "3" is a true and correct copy of Schedule D for the above referenced case and by this reference made a part hereof. AMERICA'S SERVICING COMPANY'S claim is listed at $381,263.78 with PENNYMAC'S claim listed at $94,752.31;

Executed this 1st day of December, 2009 at Aliso Viejo, California


___/s/ Gerald Wolfe___

Gerald Wolfe, declarant

# EXHIBIT "1"

B6A (Official Form 6A) (12/07)

In re    **William Henry Maurer**                                              Case No.    **6:09-bk-36661**
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary Residence**<br>**21724 Protea Ct. Wildomar, CA 92591** | **Fee simple** | - | 266,500.00 | 476,016.09 |

|  |  |  |
|---|---|---|
| Sub-Total > | **266,500.00** | (Total of this page) |
| Total > | **266,500.00** |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# EXHIBIT "2"

Prepared For:   Gerald Wolfe Esq. PC
Account No:     2000090
Date:           November 30, 2009



*Data Source: First American Real Estate Solutions*

## Property Detail Report
For Property Located At

### 21724 PROTEA CT, WILDOMAR CA 92595-7699

| *Owner Information:* | | | |
|---|---|---|---|
| Owner Name: | **MAURER WILLIAM H** | | |
| Mailing Address: | **21724 PROTEA CT, WILDOMAR CA 92595-7699 R014** | | |
| Phone Number: | | Vesting Codes: | **SM / /** |

| *Location Information:* | | | |
|---|---|---|---|
| Legal Description: | **.17 ACRES M/L IN LOT 31 MB 380/082 TR 31175** | | |
| County: | **RIVERSIDE, CA** | APN: | **376-440-031** |
| Census Tract / Block: | **432.25 / 3** | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | |
| Legal Book/Page: | | Map Reference: | **/ 897-C7** |
| Legal Lot: | **31** | Tract #: | **31175** |
| Legal Block: | | School District: | **LAKE ELSINORE** |
| Market Area: | | Munic/Township: | |
| Neighbor Code: | | | |

| *Owner Transfer Information:* | | | |
|---|---|---|---|
| Recording/Sale Date: | **/** | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

| *Last Market Sale Information:* | | | |
|---|---|---|---|
| Recording/Sale Date: | **11/02/2006 / 09/27/2006** | 1st Mtg Amount/Type: | **$381,616 / CONV** |
| Sale Price: | **$477,500** | 1st Mtg Int. Rate/Type: | **6.38 / ADJ** |
| Sale Type: | **FULL** | 1st Mtg Document #: | **807029** |
| Document #: | **807028** | 2nd Mtg Amount/Type: | **$95,404 / CONV** |
| Deed Type: | **GRANT DEED** | 2nd Mtg Int. Rate/Type: | **/** |
| Transfer Document #: | | Price Per SqFt: | **$164.94** |
| New Construction: | **Y** | Multi/Split Sale: | |
| Title Company: | **CHICAGO TITLE CO.** | | |
| Lender: | **FIRST NAT'L BK/AZ** | | |
| Seller Name: | **G & D DEV LLC** | | |

| *Prior Sale Information:* | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | **/** | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | **/** |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | **/** |
| Prior Deed Type: | | | |

| *Property Characteristics:* | | | | | |
|---|---|---|---|---|---|
| Gross Area: | **3,750** | Parking Type: | **ATTACHED GARAGE** | Construction: | |
| Living Area: | **2,895** | Garage Area: | **855** | Heat Type: | **CENTRAL** |
| Tot Adj Area: | **2,895** | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | | Basement Area: | | Patio Type: | |
| Bedrooms: | **4** | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | **3 /** | Basement Type: | | Air Cond: | **CENTRAL** |
| Year Built / Eff: | **2005 /** | Roof Type: | | Style: | |
| Fireplace: | **Y / 1** | Foundation: | | Quality: | |
| # of Stories: | **2.00** | Roof Material: | **TILE** | Condition: | |
| Other Improvements: | **ADDITION** | | | | |

| *Site Information:* | | | | | |
|---|---|---|---|---|---|
| Zoning: | **R-1** | Acres: | **0.17** | County Use: | **SINGLE FAM RESID (R01)** |
| Flood Zone: | **A** | Lot Area: | **7,405** | State Use: | |
| Flood Panel: | **0602452710C** | Lot Width/Depth: | **x** | Site Influence: | |
| Flood Panel Date: | **11/20/1996** | Res/Comm Units: | **/** | Sewer Type: | **TYPE UNKNOWN** |

Prepared For:   Gerald Wolfe Esq. PC
Account No:    2000090
Date:          November 30, 2009



The First American Corporation

CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

| Land Use: | SFR | | | Water Type: | TYPE UNKNOWN |
|---|---|---|---|---|---|
| **Tax Information:** | | | | | |
| Total Value: | $255,000 | Assessed Year: | 2009 | Property Tax: | $5,774.86 |
| Land Value: | $64,000 | Improved %: | 75% | Tax Area: | 25097 |
| Improvement Value: | $191,000 | Tax Year: | 2009 | Tax Exemption: | |
| Total Taxable Value: | $255,000 | | | | |

Prepared For:  Gerald Wolfe Esq. PC
Account No:    2000090
Date:          November 30, 2009



**The First American Corporation**
CREDIT INFORMATION GROUP
*Data Source: First American Real Estate Solutions*

## Legal & Vesting Report
For Property Located At

### 21724 PROTEA CT, WILDOMAR CA 92595-7699

**LEGAL**
In the County of **Riverside**, State of **California**

Assessed Owner:      **WILLIAM H MAURER**
                     **SINGLE MAN**

Legal Description:   **A PARCEL OF LAND LOCATED IN THE STATE OF CALIFORNIA, COUNTY OF
                     RIVERSIDE, WITH A SITUS ADDRESS OF 21724 PROTEA CT, WILDOMAR CA
                     92595-7699 CURRENTLY OWNED BY MAURER WILLIAM H HAVING A TAX
                     ASSESSOR NUMBER OF 376-440-031 AND BEING THE SAME PROPERTY
                     MORE FULLY DESCRIBED AS .17 ACRES M/L IN LOT 31 MB 380/082 TR
                     31175 AND DESCRIBED IN DOCUMENT NUMBER 807028 DATED 09/27/2006
                     AND RECORDED 11/02/2006.**

| | | | |
|---|---|---|---|
| Subdivision: | | Legal Block/Bldg: | |
| Legal Book/Page: | | Legal Lot/Unit: | **31** |
| Assessor's Parcel #: | **376-440-031** | | |

### PROPERTY ADDRESS

**21724 PROTEA CT
WILDOMAR,CA 92595**

### MAILING ADDRESS

**21724 PROTEA CT
WILDOMAR CA 92595-7699 R014**

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Tax Year: | **2009** | Property Tax: | **$5,774.86** |
| Assessed Year: | **2009** | Total Value: | **$255,000** |
| Tax Rate Area: | **25097** | Land Value: | **$64,000** |
| Delinquent Tax Year: | | Improvement Value: | **$191,000** |
| Exemption: | | % Improved: | **75%** |

### TRANSACTION HISTORY

History Record #:    **1**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **11/02/2006** | Sale Price: | **$477,500** |
| Sale Date: | **09/27/2006** | Sale Price Type: | **FULL** |
| Rec. Document #: | **807028** | Multi/Split Sale: | |
| Document Type: | **GRANT DEED** | Other Document #: | |
| Title Company: | **CHICAGO TITLE CO.** | | |
| Buyer: | **MAURER WILLIAM H** | | |
| Seller: | **G & D DEV LLC** | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **11/02/2006** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **807029** | Mtg Rate Type: | **ADJ** |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **FIRST NAT'L BK/AZ** | Mtg Term: | **30 YEARS** |
| Loan Amount: | **$381,616** | Mtg Rate: | **6.375** |
| Borrower 1: | **MAURER WILLIAM H** | Borrower Vesting: | **SM / /** |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **11/02/2006** | Mtg Loan Type: | **CONV** |

Prepared For:   Gerald Wolfe Esq. PC
Account No:     2000090
Date:           November 30, 2009



The First American Corporation
CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

| | | | |
|---|---|---|---|
| Mtg Document #: | **807030** | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | | |
| Lender: | **FIRST NAT'L BK/AZ** | Mtg Term: | **15 YEARS** |
| Loan Amount: | **$95,404** | Mtg Rate: | |
| Borrower 1: | **MAURER WILLIAM H** | Borrower Vesting: | *II* |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

Prepared For:  Gerald Wolfe Esq. PC
Account No:  2000090
Date:  November 30, 2009



*The First American Corporation*

CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

## ValuePoint®4 Report
For Property Located At

### 21724 PROTEA CT, WILDOMAR CA 92595-7699
Owner Name: **MAURER WILLIAM H**

### Valuation Result

| | |
|---|---|
| Estimated Value: | **$238,000** |
| Estimated Value Range: | **$236,000 - $253,000** |
| Value As Of: | **11/30/2009** |
| Processed Date: | **11/30/2009** |
| Score: | **86** |
| Forecasted Standard Deviation: | **10** |
| Comment: | **VP4 Valuation Successful** |

#### Last Market Sale Information:
| | | Prior Sale Information: | |
|---|---|---|---|
| Sale Price: | **$477,500** | Prior Sale Price: | |
| Recording/Sale Date: | **11/02/2006 / 09/27/2006** | Prior Rec/Sale Date: | **/** |
| Sale Type: | **FULL** | Prior Sale Type: | |
| Seller Name: | **G & D DEV LLC** | Prior 1st Mtg Amt: | |
| 1st Mtg Amount: | **$381,616** | Prior 1st Mtg Type: | |
| 1st Mtg Type: | **CONV** | | |
| 2nd Mtg Amount: | **$95,404** | | |

#### Location Information:
| | | | |
|---|---|---|---|
| County: | **RIVERSIDE, CA** | APN: | **376-440-031** |
| Census Tract: | **432.25** | Township Name: | |
| Absentee Owner : | **O** | | |

#### Property Information:
| | | | |
|---|---|---|---|
| Living Area: | **2,895** | Land Use: | **SFR** |
| Total Rooms: | | Lot Area: | **7,405** |
| Bedrooms | **4** | Year Built / Eff: | **2005 /** |
| Bath(F/H): | **3 /** | Air Conditioning: | **CENTRAL** |
| Pool: | | Fireplace: | **1** |
| # of Stories: | **2.00** | Parking: | |

#### Tax Information:
| | | | |
|---|---|---|---|
| Assessed Value: | **$255,000** | Assessed Year: | **2009** |
| Land Value: | **$64,000** | Improvement Value: | **$191,000** |

Prepared For:   Gerald Wolfe Esq. PC
Account No:     2000090
Date:           November 30, 2009



The First American Corporation
CREDIT INFORMATION GROUP
*Data Source: First American Real Estate Solutions*

## Area Market Sales
### For Property Located At
### 21724 PROTEA CT, WILDOMAR CA 92595-7699

| Comp#: | 1 | | | Distance From Subject: 0.04 (miles) | |
|---|---|---|---|---|---|
| Address: | 21643 PINK GINGER CT, WILDOMAR CA 92595-7507 | | | | |
| Owner Name: | ADRADA MARLY S | | | Living Area: | 3,200 |
| Seller Name: | LITTON LN SVCNG | | | Total Rooms: | |
| APN: | 376440021 | Land Use: | SFR | Bedrooms: | 4 |
| County: | RIVERSIDE, CA | Parking: | 2 | Bath(F/H): | 4 / |
| Sale Price: | $270,000 | Prior Sale Price: | $494,000 | Year Built: | 2005 |
| Rec Date: | 08/04/2009 | Prior Rec Date: | 07/06/2006 | Air Cond: | YES |
| 1st Mtg Amt: | $275,510 | Lot Area: | 7,840 | Fireplace: | 1 |
| Total Value: | $290,000 | # of Stories: | 2 | Pool: | |

| Comp#: | 2 | | | Distance From Subject: 0.50 (miles) | |
|---|---|---|---|---|---|
| Address: | 21625 PUMICE LN, WILDOMAR CA 92595-6936 | | | | |
| Owner Name: | PHILLIPS STEFANIE | | | Living Area: | 2,816 |
| Seller Name: | FEDERAL HOME LOAN MTG CORP | | | Total Rooms: | |
| APN: | 382250009 | Land Use: | SFR | Bedrooms: | 5 |
| County: | RIVERSIDE, CA | Parking: | 4 | Bath(F/H): | 3 / |
| Sale Price: | $227,000 | Prior Sale Price: | $506,000 | Year Built: | 2006 |
| Rec Date: | 07/13/2009 | Prior Rec Date: | 12/13/2006 | Air Cond: | YES |
| 1st Mtg Amt: | $222,789 | Lot Area: | 9,147 | Fireplace: | 1 |
| Total Value: | $280,000 | # of Stories: | 2 | Pool: | |

| Comp#: | 3 | | | Distance From Subject: 0.00 (miles) | |
|---|---|---|---|---|---|
| Address: | 21712 PROTEA CT, WILDOMAR CA 92595-7699 | | | | |
| Owner Name: | LYBARGER W KIRK | | | Living Area: | 3,200 |
| Seller Name: | FEDERAL NATL MTG ASSN FNMA | | | Total Rooms: | |
| APN: | 376440032 | Land Use: | SFR | Bedrooms: | 4 |
| County: | RIVERSIDE, CA | Parking: | 2 | Bath(F/H): | 4 / |
| Sale Price: | $265,000 | Prior Sale Price: | $471,000 | Year Built: | 2005 |
| Rec Date: | 07/02/2009 | Prior Rec Date: | 11/14/2006 | Air Cond: | YES |
| 1st Mtg Amt: | $260,200 | Lot Area: | 7,405 | Fireplace: | 1 |
| Total Value: | $289,000 | # of Stories: | 2 | Pool: | |

| Comp#: | 4 | | | Distance From Subject: 0.32 (miles) | |
|---|---|---|---|---|---|
| Address: | 32811 VIRGO WAY, WILDOMAR CA 92595-8057 | | | | |
| Owner Name: | WILLIAMS TRAVIS & MONICA | | | Living Area: | 2,412 |
| Seller Name: | FEDERAL HOME LOAN MTG CORP | | | Total Rooms: | |
| APN: | 380031014 | Land Use: | SFR | Bedrooms: | 3 |
| County: | RIVERSIDE, CA | Parking: | 4 | Bath(F/H): | 2 / |
| Sale Price: | $230,000 | Prior Sale Price: | $450,000 | Year Built: | 2001 |
| Rec Date: | 04/06/2009 | Prior Rec Date: | 07/11/2006 | Air Cond: | YES |
| 1st Mtg Amt: | $234,945 | Lot Area: | 10,018 | Fireplace: | 1 |
| Total Value: | $233,000 | # of Stories: | 1 | Pool: | |

| Comp#: | 5 | | | Distance From Subject: 0.03 (miles) | |
|---|---|---|---|---|---|
| Address: | 21703 PINK GINGER CT, WILDOMAR CA 92595-7508 | | | | |
| Owner Name: | GARCIA RICARDO J & MARIA G | | | Living Area: | 3,097 |
| Seller Name: | CT RESIDL NOTE OF REO POOL LLC | | | Total Rooms: | |
| APN: | 376440026 | Land Use: | SFR | Bedrooms: | 5 |
| County: | RIVERSIDE, CA | Parking: | 2 | Bath(F/H): | 3 / |
| Sale Price: | $250,000 | Prior Sale Price: | $517,000 | Year Built: | 2006 |
| Rec Date: | 03/18/2009 | Prior Rec Date: | 03/27/2006 | Air Cond: | YES |
| 1st Mtg Amt: | $245,471 | Lot Area: | 6,969 | Fireplace: | 1 |
| Total Value: | $280,000 | # of Stories: | 2 | Pool: | |

Prepared For:  Gerald Wolfe Esq. PC
Account No:    2000090
Date:          November 30, 2009



CREDIT INFORMATION GROUP

*Data Source: First American Real Estate Solutions*

# EXHIBIT "3"

B6D (Official Form 6D) (12/07)

In re    __William Henry Maurer__                                    Case No.    __6:09-bk-36661__
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxx2007 | | | | | Deed of Trust [First Mortgage] | | | | | |
| America's Servicing Co. PO Box 60768 Los Angeles, CA 90060-0768 | | | - | | Primary Residence 21724 Protea Ct. Wildomar, CA 92591 | | | X | | |
| | | | | | Value $           266,500.00 | | | | 381,263.78 | 114,763.78 |
| Account No. xxxxxxXXXX | | | | | 2/1/2007 | | | | | |
| BMW Financial Services 5515 Parkcenter Cir. Dublin, OH 43017 | | | | | Auto Loan 2003 BMW F650GSDA | | | | | |
| | | | | | Value $             4,500.00 | | | | 2,538.66 | 0.00 |
| Account No. xxxxxx2515 | | | | | Deed of Trust [Second Mortgage] | | | | | |
| PennyMac PO Box 514387 Los Angeles, CA 90051-4387 | | | - | | Primary Residence 21724 Protea Ct. Wildomar, CA 92591 | | | | | |
| | | | | | Value $           266,500.00 | | | | 94,752.31 | 94,752.31 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | 478,554.75 | 209,516.09 |
| | Total (Report on Summary of Schedules) | 478,554.75 | 209,516.09 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

| | |
|---|---|
| In re: William Maurer | CHAPTER: 13 |
| Debtor(s). | CASE NUMBER: 6:09-bk-36661-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**The Law Office of Gerald Wolfe
6B Liberty, Suite 210
Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document described _____ **DEBTOR WILLIAM MAURER'S NOTICE OF MOTION AND MOTION TO AVOID LIEN OF 2ND DEED OF TRUST HOLDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS IN SUPPORT** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____**12/01/09**_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**United States Trustee (RS), Ustpregion16.rs.ecf@usdoj.gov
Rod Danielson, Chapter 13 Trustee, notice-efile@rodan13.com**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___**12/01/09**_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge: Honorable Samuel Bufford, United States Bankruptcy Court, 3420 12th Street, Court Room 301 Riverside, CA 92501-3819**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/01/09 | Nicci Fusaro | _Nicci Fusaro_ |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_ **F 9013-3.1**

| In re: William Maurer | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:09-bk-36661-SB |

**PennyMac Loan Services, LLC, Attention: Jeff Grogin or Don Brewster, 27001 Agoura Road Suite 350 Calasbasa, CA 91301**

**PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387**

**America's Servicing Co., PO Box 60768, Los Angeles, CA 90060-0768**

**Chapter 13 Trustee: Rod Danielson, 4361 Latham Street, Suite 270 Riverside, CA 92501**

**Debtor: William Henry Maurer, 21724 Protea Ct. Wildomar, CA 92595-7699**

**Christie Richins, Dean Richins Represented by Kennith L. Petterson, 949 E. Yorba Linda Blvd., Placentia, CA 92870**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 F 9013-3.1